# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 8:24-cv-00395-CJC-ADS |
| Title | John Lee v. Fairview Burgers, Inc. et al |
| Date | April 19, 2024 |

**Present: The Honorable** CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [14], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk   rrp